IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OBIEKWE STEPHEN OKUDIL UGOCHUKWU**,    ) <br> ) <br> Plaintiff,    ) <br> ) <br>V.    ) <br> ) <br>**GEORGE WACKENHUT, et al.**,    ) <br> ) <br> Defendants.    ) | Civil No.  **06-582-JPG** |

## ORDER

**PROUD, Magistrate Judge:**

By order dated November 21, 2006, the Court granted plaintiff leave to proceed as a pauper and directed that monthly payments be withdrawn from his trust fund account at the Kenosh County Jail to pay the filing fee. **(Doc. 29).** By letter dated December 12, 2006, the Kenosha County Sheriff informed the Court that plaintiff is no longer in his custody, so the required monthly payments cannot be made. Although a motion filed by plaintiff on December 12, 2006 indicates plaintiff was at the Kenosha County Jail, that motion was dated November 30, 2006. **(Doc. 30).**

**IT IS THEREFORE ORDERED** that on or before **February 9, 2007**, plaintiff shall inform the Court of his current address; if he is not incarcerated, plaintiff shall also inform the Court of his telephone number.

**IT IS FURTHER ORDERED** that**,** if plaintiff is incarcerated, on or before **February 9, 2007**, he shall complete a new In Forma Pauperis Application and Financial Affidavit reflecting current information so the monthly assessment can be withdrawn from his prison trust fund account.

The Clerk of Court is hereby **DIRECTED** to send plaintiff a blank In Forma Pauperis Application and Financial Affidavit, along with a copy of this order.

**Plaintiff is forewarned that failure to comply with this order will be viewed as a failure by plaintiff to prosecute this action, which will result in the immediate dismissal of this action with prejudice.**

**IT IS SO ORDERED.**

**DATED: January 24, 2007**

                                            S/ Clifford J. Proud
                                            **CLIFFORD J. PROUD**
                                            **UNITED STATES MAGISTRATE JUDGE**