UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OBIEKWE STEPHEN OKWUDIL UGOCHUKWU,<br><br>        Plaintiff,<br><br>    v.<br><br>GEORGE WACKENHUT, *et al.*,<br><br>        Defendants. | Case No. 06-cv-582-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 38) of Magistrate Judge Clifford J. Proud recommending that the Court dismiss this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. In fact, the copy of the Report sent to Ugochukwu was returned as undeliverable. Ugochukwu's failure to notify the Court of his current address was the root of Magistrate Judge Proud's recommendation to dismiss this case for lack of prosecution, and this continued failure after the Report was issued confirms that dismissal under Rule 41(b) is appropriate. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its

entirety (Doc. 38), **DISMISSES** this case **with prejudice** for failure to prosecute pursuant to

Rule 41(b), and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  May 23, 2007**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**