UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OBIEKWE STEPHEN OKWUDIL
UGOCHUKWU,

           Plaintiff,

     v.

GEORGE WACKENHUT, GEORGE ZOLEY,
CLIFF CAVINS, MICHAEL GREENWAY,
SGT. HEREN, FRED BALLARD, SGT.
HELMS, JASON CASPER, B. BASS, ROB
FURLOW, and GEO GROUP, INC.,

           Defendants.

Case No. 06-cv-582-JPG

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.

**DATED:  May 24, 2007**                                **NORBERT JAWORSKI**

**Approved:**    s/ J. Phil Gilbert                      **s/Vicki McGuire**
            **J. PHIL GILBERT**                   **Deputy Clerk**
            **DISTRICT JUDGE**